FROM: Don Richard Cox Sr
TDCJ ID# 1053156
  c/o   William P. Clements Jr Unit
  at    9601 SPur 591
  IN    AMARILLO TEXAS 79107-9606

57,516-01

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 15 2015
Abel Acosta, Clerk

TO: Court of Criminal APPEALS OF TEXAS
    P.O. Box 12308 CAPITOL Station
       Austin Texas 78711

DATE:    SEPTEMBER 09, 2015  6.P.M

RE:    WHITE CARD.

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 13 2015
Abel Acosta, Clerk

DEAR Sirs or MaDAMS:

    I am writing to see if I could get a CoPY of my white card. FRom 2004? ALL I have is my case NUMBER "10-558. I hope that will help u.

    Also would it be possible to find out what "DENIED Without written order" means NO ONE SEEMS To KNOW! I am not a super sophisticated PeRson when it comes to legal work or Am I any type of an Attorney!

    ANY HELP in either matter will be truly appreciated.

    THANK You!.

                    Sincerely  Don R. Cox Sr 1053156